UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 07-CV-129-KKC

STEPHEN MULLICAN                                                                                           PETITIONER

VS:                                                      **JUDGMENT**

D.L. STINE, Warden, USP-McCREARY                                                      RESPONDENT

     In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

     **ORDERED** and **ADJUDGED** as follows:

     (1)    Stephen Mullican, currently confined in the United States Penitentiary-McCreary ("USP-McCreary") located in Pine Knot, Kentucky, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241.

     (2)    The named respondent is D.L. Stine, Warden of USP-McCreary.

     (3)    The petition is **DISMISSED**, with prejudice.

     (4)    Judgment is entered in favor of the respondent.

     (5)    The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

     (6)    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(7)     This matter [07-CV-129-KKC] is **DISMISSED** and **STRICKEN** from the Court's docket.

Dated this 23rd day of April, 2007.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**